# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

JERRY J. MEEKS,

        Plaintiff,

    v.                                    Case No. 11-C-0054

DR. DALIA SULIENE, et. al.,

        Defendants.

## ORDER

In this lawsuit, brought under 42 U.S.C. § 1983, Plaintiff claims Defendants showed deliberate indifference to his medical needs by failing to remove a bullet from his leg. Presently before the Court is Plaintiff's May 9, 2011 motion seeking leave to file an amended complaint which, apparently, would include new claims about denial of mental health treatment. Plaintiff has failed to comply with Civil L. R. 15(b) which requires a Plaintiff seeking leave to file an amended pleading to both (1) state what specific changes are sought by the proposed amendments, and (2) file a proposed amended pleadings as an attachment to the motion to amend. Plaintiff's motion to amend (Dkt. 35) is, therefore, **denied.** Plaintiff's May 9, 2011 motion also asks this Court to set up a conference call with him. That request is also **denied**.

**SO ORDERED** this _____10th_____ day of May, 2011.

                                   s/ William C. Griesbach
                                 William C. Griesbach
                                 United States District Judge