UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

JERRY J. MEEKS,

       Plaintiff,

  v.                                          Case No. 11-C-54

DR. DALIA SULIENE,

       Defendant.

**ORDER**

At the request of the Court, Attorney David Edwin Jones has agreed to represent the plaintiff on a pro bono fee basis.

**IT IS THEREFORE REQUESTED** that Attorney David Edwin Jones represent the plaintiff in this action, subject to the plaintiff agreeing to the Regulations Governing the Prepayment and Reimbursement of Expenses in Pro Bono Cases from the District Court Pro Bono Fund. A copy of these regulations are attached to this order. Pursuant to Paragraph A.1, the pro bono appointment of Attorney Jones is contingent on the plaintiff signing and returning the enclosed form expressing his agreement to be bound by the Regulations.

**IT IS FURTHER ORDERED** that the plaintiff shall sign and return the enclosed Agreement to Reimburse Pro Bono Fund by May 23, 2012, if he wishes to proceed with pro bono counsel in this case.

**IT IS FURTHER ORDERED** that a copy of this order be sent to Attorney David Edwin Jones. The Clerk shall schedule this matter for a telephone conference (counsel only).

Dated this   2nd   day of May, 2012.

                                          s/ William C. Griesbach
                                          William C. Griesbach
                                          United States District Judge