# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

JERRY J. MEEKS

      Plaintiff,

  v.                                                                               Case # 11-C-0054

DR. DALIA SULIENE,
DR. GAANAN and
DR. MONESE,

      Defendants,

## DECISION AND ORDER

Jeremy Meeks has filed *pro se* motions to the Court alleging that there were breaches of the Settlement Agreement reached at the mediation of this matter held on March 20, 2013. The Settlement Agreement was put on the record and ordered sealed.

In the Court's February 23, 2018 Decision and Order regarding Meeks' last motion requesting the Court "unseal the hearing" and for the enforcement of the terms of the Settlement Agreement, Chief Judge William C. Griesbach stated "the Court has reviewed the record of the Settlement Agreement" and denied Meeks' motion. The Court further instructed the Clerk that if Meeks continued to file letters or motions pertaining to the Settlement Agreement, that they be returned unfiled.

At this time Meeks has made a request for the transcript of the sealed mediation Settlement Agreement. As the record was sealed, the transcript request requires the statements made on the record be unsealed.

The Court previously reviewed the Settlement Agreement, denied the request that it be unsealed. There has been no compelling reason shown to unseal the record, therefore, the request to provide a transcript and unseal the Settlement Agreement is hereby denied.

Dated at Green Bay, Wisconsin, this   30th   day of August, 2019.

BY THE COURT:

 /s/James R. Sickel
James R. Sickel
United States Magistrate Judge